# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | |
|---|---|
| MONTGOMERY COUNTY BOARD OF COUNTY COMMISSIONERS, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> CARDINAL HEALTH, INC., ET AL., <br><br> Defendants. | Case No. 3:18-cv-00295 <br><br> Judge Walter H. Rice |

**ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

This matter comes before the Court upon the consent motion of Defendants McKesson Corporation, Cardinal Health, Inc., AmerisourceBergen Drug Corporation, and Walgreen Co. (incorrectly named in the Complaint as Walgreens Corporation) ("Defendants") for an extension of time to answer or move to dismiss Plaintiffs' Complaint. For good cause shown, the Motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants shall have until thirty (30) days after this Court's ruling on any motion to remand to answer or move to dismiss the Complaint.

**IT IS SO ORDERED.**

9-11-18
Date

_____
UNITED STATES DISTRICT JUDGE
Judge Walter H. Rice

or

_____
UNITED STATES MAGISTRATE JUDGE

8130971